```
 1   McDERMOTT WILL & EMERY, LLP
     JEFFREY A. ROSSMAN (Bar No. 189865)
 2   227 West Monroe Street
     Chicago, IL 60606-5096
 3   Telephone: (312) 984-2067
     Facsimile: (312) 984-7700
 4   Email: JRossman@MWE.com

 5   SEDGWICK, DETERT, MORAN & ARNOLD LLP
     GREGORY C. READ  (Bar No. 49713)
 6   MARY J. LIDDY  (Bar No. 203179)
     One Market Plaza
 7   Steuart Tower, 8th Floor
     Embarcadero Center, 16th Floor
 8   San Francisco, California  94105
     Telephone: (415) 781-7900
 9   Facsimile: (415) 781-2635
     Email: Gregory.Read@sdma.com
10   Email: Mary.Liddy@sdma.com

11   Attorneys for Defendant
     PILATUS BUSINESS AIRCRAFT LTD.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, Individually, and as the personal representative of the ESTATE OF GEORGE GUND; THEO GUND, an individual, (and divorced from GEORGE GUND); GEORGE GUND IV, an individual; and GG AIRCRAFT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PILATUS AIRCRAFT, LTD.; PILATUS BUSINESS AIRCRAFT, LTD.; PRATT & WHITNEY CANADA CORP.; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. C-07-04902 MEJ<br><br>**STIPULATION EXTENDING TIME FOR PILATUS BUSINESS AIRCRAFT LTD. TO RESPOND TO COMPLAINT**<br><br>**[DIVERSITY OF CITIZENSHIP]**<br><br>Complaint Filed: July 13, 2007 |

   Plaintiffs and defendant, Pilatus Business Aircraft Limited, by and through their respective counsel, hereby stipulate to permit Defendant additional time to respond to Plaintiffs' complaint, as permitted by Northern District Local Rule 6-1.  The defendant, Pilatus Business

1 | Aircraft Limited, shall have up to and including October 30, 2007 to respond.

2 |     IT IS SO AGREED AND STIPULATED.

3 | DATED: ~~September~~ October 3, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: *Mary Liddy*
Gregory C. Read
Mary J. Liddy
Attorneys for Defendant
PILATUS BUSINESS AIRCRAFT, LTD.

9 | DATED: September ___, 2007    ENGSTROM LIPSCOMB & LACK

By:_____
Elizabeth L. Crooke
Attorneys for Plaintiffs
GEORGE GUND III, Individually, and as the personal representative of the ESTATE OF GEORGE GUND; THEO GUND, an individual, (and divorced from GEORGE GUND); GEORGE GUND IV, an individual; and GG AIRCRAFT, LLC

SF/1446393v1

-2-    CASE NO. C-074902 MEJ
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1 | Business Aircraft Limited, shall have up to and including October 30, 2007 to respond.

2 |     IT IS SO AGREED AND STIPULATED.

3 | DATED: September ___, 2007      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
Gregory C. Read
Mary J. Liddy
Attorneys for Defendant
PILATUS BUSINESS AIRCRAFT, LTD.

DATED: September 28, 2007      ENGSTROM LIPSCOMB & LACK

By:_____
Elizabeth L. Crooke
Attorneys for Plaintiffs
GEORGE GUND III, Individually, and as the personal representative of the ESTATE OF GEORGE GUND; THEO GUND, an individual, (and divorced from GEORGE GUND); GEORGE GUND IV, an individual; and GG AIRCRAFT, LLC

George Gund III, et al. v. Pilatus Aircraft, Ltd., et al..
U.S.D.C., Northern District of California Case No. C-07-04902 MEJ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On October 4, 2007, I served the within document(s):

**STIPULATION EXTENDING TIME FOR PILATUS BUSINESS AIRCRAFT LTD. TO RESPOND TO COMPLAINT**

☐ **FACSIMILE** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via _____.

☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

☐ **ELECTRONIC MAIL** - by sending the document via Microsoft Outlook electronic mail to the addressee as set forth below.

| | |
|---|---|
| Elizabeth Lane Crooke<br>Walter J. Lack<br>Engstrom Lipscomb & Lack<br>10100 Santa Monica Boulevard, 16 Floor<br>Los Angeles, CA 90067-4107<br>Tel: 310-552-3800 | Attorney for Plaintiffs<br><br>**Via Mail Service** |

**All Other Parties Served Via Electronic Filing**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 4, 2007, at San Francisco, California.

Amanda L. Henderson

SF/1446393v1

-3-    CASE NO. C-07-04902 MEJ
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT