1  WALTER J. LACK, ESQ. (SBN 57550)
   ELIZABETH L. CROOKE, ESQ. (SBN 90305)
2  ENGSTROM, LIPSCOMB & LACK
   A Professional Corporation
3  10100 Santa Monica Boulevard, 16th Floor
   Los Angeles, California 90067-4107
4  PH: (310) 552-3800
   FX: (310) 552-9434
5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GEORGE GUND III, Individually, and as the personal representative of the ESTATE OF GEORGE GUND; THEO GUND, an individual, (and divorced from GEORGE GUND); GEORGE GUND IV, an individual; and GG AIRCRAFT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PILATUS AIRCRAFT, LTD.; PILATUS BUSINESS AIRCRAFT, LTD.; PRATT & WHITNEY CANADA CORP.; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. C-07-04902 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PILATUS AIRCRAFT, LTD. AND PILATUS BUSINESS AIRCRAFT, LTD.**<br><br>Complaint Filed: July 13, 2007 |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily dismisses defendants PILATUS AIRCRAFT, LTD. and PILATUS BUSINESS AIRCRAFT, LTD. from the above-captioned action without prejudice.

DATED: October 23, 2007         ENGSTROM LIPSCOMB & LACK

                                By: _____ (Fx)
                                    Elizabeth L. Crooke
                                    Attorneys for Plaintiffs
                                    GEORGE GUND III, Individually, and as the personal
                                    representative of the ESTATE OF GEORGE GUND;
                                    THEO GUND, an individual, (and divorced from
                                    GEORGE GUND); GEORGE GUND IV, an
                                    individual; and GG AIRCRAFT, LLC