UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE GUND, III, ETC., ET AL.,

        Plaintiff(s),

v.

PILATUS AIRCRAFT, LTD., ET AL.,

        Defendant(s).

Case No. C 07-04902 MEJ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: December 5, 2007

Dated: December 5, 2007

[Party] (Signed)

[Counsel]
ELIZABETH L. CROOKE
ENGSTROM, LIPSCOMB & LACK
ATTORNEYS FOR PLAINTIFFS

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067.

On December 5, 2007, described as:

ADR CERTIFICATION BY PARTIES AND COUNSEL

by placing a true copy thereof enclosed in a sealed envelope addressed as follows: by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

_____ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

_____ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above at _____. This document was transmitted by facsimile and transmission reported without error.

_____ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

_____ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 5, 2007 at Los Angeles, California.

_____
Linda Stark

1

| *Gund, et al. v. Pilatus Aircraft, Ltd., et. al.*<br>USDC - Northern District CASE NO. C 07 4902 (MEJ)<br>[Superior Court, County of San Francisco<br>Case No. CGC-07-465133] ||
|---|---|
| Garth W. Aubert, Esq.<br>Eduardo Martorell, Esq.<br>MENDES & MOUNT<br>445 S. Figueroa Street, 38th Flr.<br>Los Angeles, CA 90071-1601<br>Telephone: (213) 955-7700<br>Fax: (213) 955-7725<br>Email: Garth.Aubert@mendes.com<br>Email: Eduardo.Martorell@mendes.com<br><br>Attorneys for Defendant<br>**PRATT & WHITNEY CANADA CORP.** | |

2