IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, et al., | No. C 07-4902 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CMC** |
| vs. | |
| PILATUS AIRCRAFT, LTD., et al., | |
| Defendant(s). | |

The Court hereby CONTINUES the Case Management Conference in this matter, currently scheduled for December 27, 2007, to January 10, 2008 at 10:00 a.m. All other dates shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: December 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge