UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE GUND, III,  )
         Plaintiff (s)  )  CASE NO. C-07-4902 MEJ
    v.  )
           )  **NOTICE OF IMPENDING**
           )  **REASSIGNMENT TO A**
PILATUS AIRCRAFT,  )  **UNITED STATES**
           )  **DISTRICT COURT JUDGE**
         Defendant (s)  )
           )

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: January 7, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk