**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                           415.522.2000

**January 8, 2008**

**CASE NUMBER:  CV 07-04902 MEJ**
**CASE TITLE:  GEORGE GUND III-v-PILATUS AIRCRAFT**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable VAUGHN R. WALKER**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/8/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 1/8/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA