UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND, III, et al., | Case No. C 07-4902 VRW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| PRATT & WHITNEY CANADA CORP. , | |
| Defendant(s). | |

This action having been reassigned to Chief Judge Vaughn R Walker;

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled on **February 14, 2008 at 3:30 p.m.** before Judge Walker.

Copies of the Local Rules, Standing Orders, the Court's weekly calendar and available motion hearing dates may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the page may be found on the Court's home page.

Please report to Courtroom no. 6, 17th floor, United States District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated:

By: *Cora Klein*

Cora Klein, Courtroom Deputy Clerk

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on ecf electronic notification and/or the attached certificate of service)**

attachments                                   1