WALTER J. LACK, ESQ. (SBN 57550)
ELIZABETH L. CROOKE, Attorney at Law (SBN 90305)
ENGSTROM, LIPSCOMB & LACK
A Professional Corporation
10100 Santa Monica Boulevard, 16th Floor
Los Angeles, California 90067-4107
PH: (310) 552-3800
FX: (310) 552-9434

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, Individually, and as the ADMINISTRATOR OF THE ESTATE OF GREG GUND; THEO GUND, an individual, (and divorced from GEORGE GUND III); GEORGE GUND IV, an individual; and GG AIRCRAFT, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> PILATUS AIRCRAFT, LTD.; PILATUS BUSINESS AIRCRAFT, LTD.; PRATT & WHITNEY CANADA CORP.; and DOES 1 through 30, inclusive, <br><br> Defendants. | **CASE NO. C 07 4902 (MEJ)** <br><br> [Assigned to the Hon. Vaughn R. Walker] <br><br> [Removed from Superior Court of California for the County of San Francisco, Case No. CGC-07-465133] <br><br> NOTICE OF CASE MANAGEMENT CONFERENCE <br><br> Date  : February 14, 2008 <br> Time  : 3:30 p.m. <br> Ctrm : 6 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for February 14, 2008, at 3:30 p.m. in Courtroom 6, 17th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102.

1

1 |     Pursuant to the Clerk's Notice filed January 28, 2008, Plaintiffs give notice of
2 | said Case Management Conference and attach hereto a copy of the Clerk's Notice
3 | along with a copy of the Order Setting Case Management Conference.

DATED: February 6, 2008        ENGSTROM, LIPSCOMB & LACK

By: */S/*
    ELIZABETH L. CROOKE
    Attorneys for Plaintiffs,
    GEORGE GUND, III, ET AL.

2

298118
**NOTICE OF CASE MANAGEMENT CONFERENCE**    CASE NO. C 07 4902 MEJ

Case 3:07-cv-04902-VRW    Document 17    Filed 01/23/2008    Page 3 of 6

1
2
3
4
5                              UNITED STATES DISTRICT COURT
6                             NORTHERN DISTRICT OF CALIFORNIA
7   GEORGE GUND, III, et al.,                    Case No. C 07-4902  VRW
8
              Plaintiff(s),
9                                                CLERK'S NOTICE
    v.
10
    PRATT & WHITNEY CANADA
11  CORP. ,
12
              Defendant(s).
13  _____/
14        This action having been reassigned to Chief Judge Vaughn R Walker;
15        YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled
16  on **February 14, 2008 at 3:30 p.m.** before Judge Walker.
17
    Copies of the Local Rules, Standing Orders, the Court's  weekly calendar and available motion hearing
18  dates  may be downloaded from the district courts Internet site:
    http://www.cand.uscourts.gov . A link to the  page may be found on the Court's home page.
19
    Please report to Courtroom  no. 6, 17th floor, United  States  District Courthouse, 450 Golden Gate
20  Avenue, San Francisco, California.
21  Dated:
                                        By: _Cora Klein_____
22
                                            Cora Klein, Courtroom Deputy Clerk
23
24
    **(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing
25  on ecf electronic notification and/or the attached certificate of service)**
26
27
28

attachments                                1

Case 3:07-cv-04902-VRW    Document 17-2    Filed 01/28/2008    Page 4 of 6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No C 07-4902 VRW

Plaintiff,

v

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Defendant.

/

Pursuant to FRCP 16 and Civil LR 16-2, **IT IS ORDERED** that a Case Management Conference will be called in this case before the undersigned **Thursday, Feb. 14, 2008** at **3:30 p.m.** in Courtroom 6, 17th floor, at 450 Golden Gate Avenue, San Francisco, California.

**IT IS FURTHER ORDERED** :

1. Plaintiff is directed to serve, in accordance with the provisions of FRCP 4 and 5, copies of this order at once on all parties to this action, and on any parties subsequently joined. Following service, plaintiff shall file an appropriate certificate of service with the court.

2. Failure to serve the summons, complaint and this order on all parties pursuant to FRCP 4 and 5 shall be presumptive evidence of lack of prosecution and subject the complaint to dismissal under FRCP 41(b). Except in the unusual case, the court expects that by the time of conference, the answer or other responsive pleading shall have already been served and filed. In the event a party files a motion to dismiss pursuant to FRCP 12, the court will vacate the date of the Case Management Conference and will re-set it after ruling on the motion to

Case 3:07-cv-04902-VRW    Document 17-2    Filed 01/28/2008    Page 2 of 2
Case 3:07-cv-04902-VRW    Document 19    Filed 02/07/2008    Page 5 of 6

1  dismiss. The court discourages the parties from extending time for pleading or seeking extensions of
2  time beyond those provided in the Federal Rules.

3        3. Before appearing at the conference, the parties or their counsel, or both, shall meet
4  and confer about the substance of the action and the most expeditious means of resolving this litigation.
5  To prepare for the conference, the parties shall review and comply in all respects with the requirements
6  of Civil L R 16-9.

7        4. At the initial case management conference, the parties or at least one attorney of
8  record for each party must appear in person. See FRCP 26(f); Civ LR 16-10(a). The case management
9  conference shall be conducted informally and not reported unless one or more parties is not represented
10 by counsel. Failure of any party or counsel therefor to attend, prepare for and participate in good faith
11 in the conference shall be grounds for appropriate sanctions. FRCP 16(f).

12       5. No continuance of the conference will be granted except by order of the court upon
13 application of a party. The application shall be made seven days before the date of the conference and
14 supported by a declaration showing good cause. In no event shall any party request that the conference be
15 scheduled more than 60 days after filing of the answer by any party.

16       6. The parties are directed to comply with Civil L R 37-1(b) for presentation of a
17 disclosure or discovery dispute not resolved by the conference required by Civil L R 37-1(a).

18 **IT IS SO ORDERED.**

20 VAUGHN R WALKER
   UNITED STATES DISTRICT CHIEF JUDGE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA ) 
) SS 
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 16th Floor, Los Angeles, California 90067.

    I hereby certify that on February 7, 2008, I caused a true and complete copy of the foregoing document(s) described as : NOTICE OF CASE MANAGEMENT CONFERENCE to be filed and served electronically on the interested parties in this action using the Court's ECF System.

    See attached service list below

\_\_\_\_ (BY MAIL) I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same date in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    _X_ BY ELECTRONIC SERVICE: through the USDC, Northern District's EM/ECF Courtlink to Electronic Filing to the interested parties thereon.

\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

\_\_\_\_ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled documents to be sent to the recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above at _____. This document was transmitted by facsimile and transmission reported without error.

\_\_\_\_ (BY FEDERAL EXPRESS) I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s).

\_\_\_\_ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    _X_ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 7, 2008 at Los Angeles, California.

/s/

_____
Linda Stark

3

298118
**NOTICE OF CASE MANAGEMENT CONFERENCE**    CASE NO. C 07 4902 MEJ