UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : February 14, 2008

**C 07-4902 VRW   GEORGE GUND III, et al.   v   PRATT & WHITNEY CANADA CORP.**

Attorneys : For Plaintiff(s):  Brian Payne

       For Defendant(s):  Aubert Garth


Deputy Clerk: Frank Justiliano           Reporter: not reported

PROCEEDINGS:           RULING:
1. _____
2. _____
3. _____

Case Management Conference - Held

ADR to be used:

Fact Discovery Cutoff: 2/13/09    Designation of Experts/Reports: 4/17/09
Rebuttal Expert/Report: 6/1/09    Experts Discovery Cutoff:  7/3/09

Further Case Management Conference: 10/23/09  at 3:30 p.m.

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:  8/6/09   at 2:30 p.m.
File Motion:       Opposition:       Reply:

PRETRIAL CONFERENCE: 10/22/09  at 3:30 pm (including motions in limine)

TRIAL DATE:    at :30 a.m.  Jury/Court -  days

*CLAIM CONSTRUCTION HEARING*:   at 9:30 a.m.

Order to be prepared by:     Plntf_____   Deft_____   Court_x_