IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND, III, et al., | No.  C 07-4902  VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| PRATT & WHITNEY CANADA CORP, | |
| Defendant._____/ | |

    YOU ARE NOTIFIED THAT the Further Case Management Conference currently scheduled for October 23, 2008 shall be **continued to December 4, 2008 at 3:30 p.m.**  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: July 31, 2008

                                   FOR THE COURT,
                                   Richard W. Wieking, Clerk

                                 By: *Cora Klein*
                             Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov