GARTH W. AUBERT – SBN 162877
COURTNEY M. POEL – SBN 246299
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071-1601
Tel.: (213) 955-7700/ Fax: (213) 955-7725
Email: Garth.Aubert@mendes.com
Email: Courtney.Poel@mendes.com

Attorneys for Defendant
**PRATT & WHITNEY CANADA CORP.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, Individually, and as the personal representative of the ESTATE OF GREG GUND; THEO GUND, an individual, (and divorced from GEORGE GUND); GEORGE GUND IV, an individual; and GG AIRCRAFT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>PILATUS AIRCRAFT, LTD.; PILATUS BUSINESS AIRCRAFT, LTD.; PRATT & WHITNEY CANADA CORP.; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. C-07-4902-VRW<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[Pursuant to Northern District Local Rule 3-13] |

TO THE CLERK OF THE NORTHERN DISTRICT COURT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR COUNSEL:

PLEASE TAKE NOTICE that the instant action involves a material part of the same subject matter and substantially all of the same parties as another matter, which was recently removed from the San Francisco Superior Court, Case No. CGC-07-465132, Rezabek-Kells, et al. v. Pilatus Aircraft, LTD., et al. (hereinafter,

"Kells v. Pilatus"). Kells v. Pilatus was removed to the United States District Court for the Northern District of California on August 7, 2008, and the matter is now pending before this Court as Case No. CV-08-3795-JL.

The instant case is related to the Kells v. Pilatus action because it arises from the same incident, a July 16, 2007, aircraft accident involving a Pilatus PC-6 aircraft, serial no. 908, and FAA Registration No. N908PL, near Playa Flamingo, Costa Rica. The two cases have been filed by the successors-in-interest and heirs of the deceased passengers and pilot on the flight. Additionally, the removing party Pratt & Whitney Canada Corp. remains the only defendant appearing in both cases.

As such, the two cases will involve substantially the same evidence, witnesses, and legal issues. Thus, the two cases should be coordinated for purposes of discovery and pretrial proceedings only to avoid potential conflicts, to conserve judicial resources and to promote the efficient pretrial management of the action.

DATED: August 19, 2008

MENDES & MOUNT, LLP

By: _____
Garth W. Aubert
Courtney M. Poel
Attorneys for Defendant
**PRATT & WHITNEY CANADA CORP.**

Notice of Pendency of Other Action or Proceeding

- 2 -

<u>**PROOF OF SERVICE**</u>

| STATE OF CALIFORNIA | ) | Gund v. Pilatus Aircraft, Ltd. |
|---|---|---|
| | ) ss. | USDCC Case No. C 074902(VRW) |
| COUNTY OF LOS ANGELES | ) | Our File No. 390,583 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 S. Figueroa Street, Suite 3800, Los Angeles, California 90071.

On **August 19, 2008**, I served the document described as **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** on the interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

**_X_ (By U.S. Mail)** By placing ____ the original / **_X_** a true copy thereof enclosed in a sealed envelope, with postage fully paid, addressed as per the attached service list, for collection and mailing at Mendes & Mount in Los Angeles, California following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**___ (By Facsimile)** I transmitted from a facsimile transmission machine whose telephone number is (213) 955-7725 the above-entitled document to the parties listed on the attached Service List and whose facsimile transmission machine telephone number is indicated. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the said transmission report is attached hereto and incorporated herein by this reference.

**___ (By FedEx)** I placed the above-entitled document in a FedEx (Overnight) envelope/pouch as addressed and indicated on the attached service list, with delivery fees paid or provided for and deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf.

**_X_ (FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 19, 2008**, at Los Angeles, California.



Lissette M. Fernández

118836.1 _POS(Gund).Federal

## SERVICE LIST

**VIA U.S. MAIL**
Attorneys for Plaintiff
Walter J. Lack
Elizabeth L. Crooke
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
310-552-3800 / 310-552-9434 (fx)

**VIA U.S. MAIL**
Bruce J. Berman
Jeffrey A. Rossman
McDermott Will & Emery LLP
201 S. Biscayne Blvd., Ste. 2200
Miami, FL 33131
305-347-6530
305-347-6500 (Fx)

**VIA U.S. MAIL**
Attorneys for Kells Plaintiffs
Stuart R. Fraenkel
Kreindler & Kreindler
707 Wilshire Blvd.
Ste. 4100
Los Angeles, CA 90017
Tel: 213-622-6469
Fax: 213-622-6019

**VIA U.S. MAIL**
Jonathan S. Morse
The Morse Law Group
2800 28th Street
Ste. 130
Santa Monica, CA 90405-6213
Tel: 310-396-0700
Fax: 310-396-0900

**VIA U.S. MAIL**
Noah Kushlefsky
Brian J. Alexander
Kreindler & Kreindler, LLP
100 Park Avenue
New York, NY 10017
Tel: 212-687-8181
Fax: 212-972-9432

118836.1 _POS(Gund).Federal