PAUL W. ENGSTROM
LEE G. LIPSCOMB
WALTER J. LACK
JERRY A. RAMSEY
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
BRIAN D. DEPEW
GARY A. PRAGLIN
ROBERT J. WOLFE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
ADAM D. MILLER
RICHARD P. KINNAN
PAUL A. TRAINA
ROBERT T. BRYSON
BRIAN J. LEINBACH

LAW OFFICES
**ENGSTROM, LIPSCOMB & LACK**
A PROFESSIONAL CORPORATION
10100 SANTA MONICA BOULEVARD, 12TH FLOOR
LOS ANGELES, CALIFORNIA  90067-4107
Telephone 310-552-3800
Facsimile 310-552-9434

ANN A. HOWITT
MARK E. MILLARD
JARED W. BEILKE
STEVEN J. LIPSCOMB
ELIZABETH HERNANDEZ
BRYAN C. PAYNE
GREGORY P. WATERS
ALEXANDRA J. THOMPSON
THU T. PHAM
EDWARD P. WOLFE
JOSEPH A. LACK

GLORIA S. WELLER
DIRECTOR OF ADMINISTRATION

JOHN ALVA
LITIGATION SUPPORT

December 2, 2009

Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California
Courtroom G, 15th Floor, Federal Building
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   **Gund v. Pratt & Whitney Canada Corp**. –
      **Order Scheduling Settlement Conference**
      Case No. C07-4902 TEH (BZ), consolidated with
      C08-3795 TEH (BZ)

Dear Magistrate Zimmerman,

     The parties received the Court's Order Scheduling Settlement Conference in the *Gund v. Pratt & Whitney Canada Corp., et al* matters, setting a Settlement Conference for Tuesday, December 15, 2009. At the Case Management Conference before Judge Henderson, we agreed with the Court that the parties would attempt to settle the case, using a private mediator (likely during the Spring of 2010), and if the matter did not settle, then we would take advantage of a settlement conference before Your Honor (during late July, early August 2010). Defendant *Pratt & Whitney* and the *Kells* and *Ruetz* plaintiffs have also discussed the issue and agree that further discovery should be completed in order for a settlement conference to be productive, and therefore believe that a December settlement conference is premature.

Magistrate Judge Bernard Zimmerman
December 2, 2009
Page 2


As such, we respectfully request that the Settlement Conference be continued to a date that is convenient for the Court in late July / early August 2010. We are available to discuss this matter if the Court would like us to set up a conference call at the Court's convenience.

We look forward to hearing from the Court.

Respectfully submitted,

/s/ Stuart R. Fraenkel

Stuart R. Fraenkel
**Kreindler & Kreindler LLP**
Counsel for Kells & Ruetz Plaintiffs

/s/ Elizabeth L. Crooke

Elizabeth L. Crooke
Mark E. Millard
**Engstrom, Lipscomb & Lack**
Counsel for Gund Plaintiffs


/s/ Garth W. Aubert

Garth W. Aubert
**Mendes & Mount, LLP**
Counsel for Defendant Pratt & Whitney
Canada Corp.

327155



The settlement conference presently scheduled for December 15, 2009 is continued to **July 27, 2010 at 9:00 a.m.** The Court's previous Order remains in full force and effect. Settlement conference statements are due seven (7) days prior to the settlement conference. The parties shall notify the Court immediately if the case settles prior to the settlement conference date. Dated: 12/3/2009