1  GARTH W. AUBERT – SBN 162877
   DARRELL M. PADGETTE – SBN 199382
2  COURTNEY P. McINTIRE – SBN 246299
   MENDES & MOUNT, LLP
3  445 South Figueroa Street, 38th Floor
   Los Angeles, CA 90071-1601
4  Tel.: (213) 955-7700 / Fax: (213) 955-7725
   E-mail: Garth.Aubert@mendes.com
5  E-mail: Darrell.Padgette@mendes.com
   E-mail: Courtney.McIntire@mendes.com
6

7  Attorneys for Defendant
   PRATT & WHITNEY CANADA CORP.

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, et al. | CASE NO. 3:07-cv-04902-THE |
| Plaintiffs | Judge: Thelton E. Henderson |
| PILATUS AIRCRAFT, LTD; PILATUS BUSINESS AIRCRAFT, LTD; PRATT & WHITNEY CANADA CORP.; and DOES 1 through 30, inclusive, | STIPULATION TO CONTINUE HEARING DATE, AND CORRESPONDING BRIEFING SCHEDULE, ON DEFENDANT PRATT & WHITNEY CANADA CORP.'S MOTION FOR SUMMARY JUDGMENT |
| Defendants | |
| AND ALL RELATED ACTIONS | Current Hearing Date: February 8, 2010 at 10:00 a.m. |
| | Stipulated to Continued Hearing Date: March 8, 2010 at 10:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, subject to the conditions immediately below, to continue the hearing date, and corresponding briefing schedule, on Defendant Pratt & Whitney Canada Corp.'s (hereinafter "P&WC") Motion for Summary Judgment, which was filed before this Court on January 4, 2010.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto that the hearing date for Defendant P&WC's Motion for Summary Judgment be continued to Monday,

1 | March 8, 2010 at 10:00 a.m.
2 |     IT IS HEREBY FURTHER STIPULATED by and between the parties hereto that Plaintiffs'
3 | Oppositions to Defendant P&WC's Motion for Summary Judgment will be filed with the Court and
4 | served on all parties no later than February 1, 2010.
5 |     IT IS HEREBY FURTHER STIPULATED by and between the parties hereto that Defendant
6 | P&WC's Reply in support of its Motion for Summary Judgment will be filed with the Court and
7 | served on all parties no later than February 16, 2010.

Dated: January 11, 2010

MENDES & MOUNT, LLP

By: _____
Courtney P. McIntire
Attorneys for Defendant
Pratt & Whitney Canada Corp.

Dated: January 11, 2010

KREINDLER & KREINDLER LLP

By: _____
Stuart R. Fraenkel
Attorneys for Plaintiffs
Kells and Ruetz

Dated: January 11, 2010

ENGSTROM, LIPSCOMB & LACK

By: _____ with authority from:
Walter J. Lack
Mark E. Millard
Attorneys for Plaintiffs
George Gund III, et al.

**IT IS ORDERED.**

DATED: 01/13/10

HONORABLE THELTON E. HENDERSON
Judge of the District Court

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

STIPULATION

1161171.1 Stipulation re: DOHSA hearing