UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, et al., | Case No. C-07-4902-THE |
| Plaintiffs, | |
| vs. | Honorable Thelton E. Henderson |
| PILATUS AIRCRAFT, LTD., et al, | [PROPOSED] ORDER GRANTING TWO WEEK EXTENSION FOR RULE 30(b)(6) DEPOSITIONS OF PRATT & WHITNEY CANADA CORP. AND DEPOSITION OF VANESSA GERMANI |
| Defendants. | |
| AND ALL RELATED ACTIONS | |

GOOD CAUSE SHOWN, the Court hereby ORDERS a two week extension past the discovery cut-off, so that the Parties may conduct the Rule 30(b)(6) depositions of Pratt & Whitney Canada Corp. in Canada and West Virginia, and the deposition of Vanessa Germani in Minnesota, to take place during the week of June 7, 2010. The Court grants this extension pursuant to Rule 6(b) to enable counsel to arrange mutually available dates.

This extension of time does not apply to any matter, event, or deadline, other than these specific depositions.

Dated this 24th of May, 2010         By ORDER of the COURT

Hon. Thelton E.
United States District
Northern District

*Judge Thelton E. Henderson*

270995

1

ORDER GRANTING TWO WEEK EXTENSION FOR RULE 30(b)(6) DEPOSITION OF PRATT & WHITNEY CANADA CORP AND DEPOSITION OF VANESSA GERMANI