```
 1  Garth W. Aubert, Bar No. 162877
    Darrell M. Padgette, Bar No. 199382
 2  Courtney P. McIntire, Bar No. 246299
    FITZPATRICK & HUNT,
 3  TUCKER, COLLIER, PAGANO, AUBERT, LLP
    633 West Fifth Street, 60th Floor
 4  Los Angeles, CA 90071
    (213) 873-2100; (213) 873-2125 Fax
 5  garth.aubert@fitzhunt.com
    darrell.padgette@fitzhunt.com
 6  courtney.mcintire@fitzhunt.com

 7  Attorneys for Defendant(s)
    Pratt & Whitney Canada Corporation
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GUND III, et al., | Case No.: 3:07-CV-04902-TEH |
| Plaintiffs, | (RELATED TO: CV 08-3795-TEH) |
| vs. | Judge: Hon. Thelton E. Henderson |
| PILATUS AIRCRAFT, LTD., et al., | **NOTICE OF SUBSTITUTION OF ATTORNEY AND PROPOSED ORDER** |
| Defendants. | |
| AND ALL RELATED ACTIONS. | |

Defendant, Pratt & Whitney Canada Corporation, hereby substitutes Darrell M. Padgette of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP as its attorney of record in place of Mendes & Mount, LLP.

Pratt & Whitney Canada Corporation consents to this substitution.

Pratt & Whitney Canada Corporation

Dated: 25 May 2010   By: _____
                     Title: RON ORTUSO
                            MANAGER - TECHNICAL LIAISON

---

Defendant Pratt & Whitney's Notice of Substitution of Attorney        3:07-cv-04902-TEH
1

1  Mendes & Mount, LLP, as the counsel substituting out, consents to this substitution.
2  Mendes & Mount, LLP
3  Dated:
4  By: /s/ Robert Flannery
5  Robert Flannery
6
7  Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, 633 W. Fifth Street, 60th Floor, Los Angeles, California, 90071, as the counsel substituting in, consents to this substitution. Darrell M. Padgette of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, formerly of Mendes & Mount, LLP, where he was an attorney of record for Pratt & Whitney Canada Corporation, will continue as an attorney of record for Pratt & Whitney Canada Corporation with the firm substituting in.
8
9
10
11
12
13  Darrell M. Padgette, Bar No. 199382
    darrell.padgette@fitzhunt.com
14
15
16  Fitzpatrick & Hunt,
    Tucker, Collier, Pagano, Aubert, LLP
17
18  Dated: 5/24/10  By: /s/ Darrell M. Padgette
19  Darrell M. Padgette
20
21
22  **ORDER**
23  It is so ordered.
24  Dated:  05/28/10
25  _____
    United States District Judge
26
27  Judge Thelton E. Henderson
28

Defendant Pratt & Whitney's Notice of Substitution of Attorney    3:07-cv-04902-TEH
2