1  Garth W. Aubert, Bar No. 162877
   Darrell M. Padgette, Bar No. 199382
2  Courtney P. McIntire, Bar No. 246299
   **FITZPATRICK & HUNT,**
3  **TUCKER, COLLIER, PAGANO, AUBERT, LLP**
   633 West Fifth Street, 60th Floor
4  Los Angeles, CA 90071
   (213) 873-2100; (213) 873-2125 Fax
5  garth.aubert@fitzhunt.com
   darrell.padgette@fitzhunt.com
6  courtney.mcintire@fitzhunt.com

7  Attorneys for Defendant(s)
   Pratt & Whitney Canada Corporation
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

12 GEORGE GUND III, et al.,              ) Case No.: 3:07-CV-04902-TEH
                                         ) (RELATED TO: - CV 08-3795-TEH)
13              Plaintiffs,              )
                                         ) Judge: Hon. Thelton E. Henderson
14 vs.                                   )
                                         )
15 PILATUS AIRCRAFT, LTD., et al.,       ) **NOTICE OF SUBSTITUTION OF**
                                         ) **ATTORNEY AND PROPOSED ORDER**
16              Defendants.              )
17 ─────────────────────────────         )
                                         )
18 AND ALL RELATED ACTIONS.              )
                                         )
19 ─────────────────────────────

20     Defendant, Pratt & Whitney Canada Corporation, hereby substitutes Courtney P. McIntire
21 of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP as its attorney of record in place of
22 Mendes & Mount, LLP.
23     Pratt & Whitney Canada Corporation consents to this substitution.
24                                       Pratt & Whitney Canada Corporation
25
26 Dated: 25 MAY 2010    By: _____
27                       Title: RON ORTUSO
28                              MANAGER - TECHNICAL LIAISON

─────────────────────────────────────────────────────────────────
Defendant Pratt & Whitney's Notice of Substitution of Attorney       3:07-cv-04902-TEH
                                    1

1 | Mendes & Mount, LLP, as the counsel substituting out, consents to this substitution.
2 | Mendes & Mount, LLP
3 |
4 | Dated: By: _____
5 | Robert Flannery
6 | Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, 633 W. Fifth Street, 60th Floor,
7 | Los Angeles, California, 90071, as the counsel substituting in, consents to this substitution.
8 | Courtney P. McIntire of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, formerly of
9 | Mendes & Mount, LLP, where she was an attorney of record for Pratt & Whitney Canada
10 | Corporation, will continue as an attorney of record for Pratt & Whitney Canada Corporation with
11 | the firm substituting in.
12 | Courtney P. McIntire, Bar No. 246299
     courtney.mcintire@fitzhunt.com
13 |
14 | Fitzpatrick & Hunt,
15 | Tucker, Collier, Pagano, Aubert, LLP
16 | Dated: 5/24/10
17 | By: _____
     Courtney P. McIntire
18 |
19 |
20 |
21 | **ORDER**
22 | It is so ordered.
23 | Dated: 05/28/10
24 | _____
     United States District Judge
25 | Judge Thelton E. Henderson
26 |
27 |
28 |

Defendant Pratt & Whitney's Notice of Substitution of Attorney — 3:07-cv-04902-TEH
2