1  Garth W. Aubert, Bar No. 162877
   Darrell M. Padgette, Bar No. 199382
2  Courtney P. McIntire, Bar No. 246299
   **FITZPATRICK & HUNT,**
3  **TUCKER, COLLIER, PAGANO, AUBERT, LLP**
   633 West Fifth Street, 60th Floor
4  Los Angeles, CA 90071
   (213) 873-2100; (213) 873-2125 Fax
5  garth.aubert@fitzhunt.com
   darrell.padgette@fitzhunt.com
6  courtney.mcintire@fitzhunt.com

7  Attorneys for Defendant(s)
   Pratt & Whitney Canada Corporation
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11

12 GEORGE GUND III, et al.,              ) Case No.: 3:07-CV-04902-TEH
                                         ) (RELATED TO: CV 08-3795-TEH)
13              Plaintiffs,              )
                                         ) Judge: Hon. Thelton E. Henderson
14 vs.                                   )
                                         )
15 PILATUS AIRCRAFT, LTD., et al.,       )
                                         ) **NOTICE OF SUBSTITUTION OF**
16              Defendants.              ) **ATTORNEY AND ~~PROPOSED~~ ORDER**
                                         )
17 ─────────────────────────────
                                         )
18 AND ALL RELATED ACTIONS.              )
                                         )
19

20     Defendant, Pratt & Whitney Canada Corporation, hereby substitutes Garth W. Aubert of
21 Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP as its attorney of record in place of
22 Mendes & Mount, LLP.
23     Pratt & Whitney Canada Corporation consents to this substitution.
24                                          Pratt & Whitney Canada Corporation
25
26 Dated: 25 MAY 2010        By: _____
                                              RON ORTUSO
27                              Title: MANAGER - TECHNICAL LIAISON
28                                          .1

Defendant Pratt & Whitney's Notice of Substitution of Attorney        3:07-cv-04902-TEH
                                        1

Mendes & Mount, LLP, as the counsel substituting out, consents to this substitution.

Mendes & Mount, LLP

Dated:

By: /s/ Robert Flannery
Robert Flannery

Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, 633 W. Fifth Street, 60th Floor, Los Angeles, California, 90071, as the counsel substituting in, consents to this substitution. Garth W. Aubert of Fitzpatrick & Hunt, Tucker, Collier, Pagano, Aubert, LLP, formerly of Mendes & Mount, LLP, where he was an attorney of record for Pratt & Whitney Canada Corporation, will continue as an attorney of record for Pratt & Whitney Canada Corporation with the firm substituting in.

Garth W. Aubert, Bar No. 162877
garth.aubert@fitzhunt.com

Fitzpatrick & Hunt,
Tucker, Collier, Pagano, Aubert, LLP

Dated: 5/27/10    By: /s/ Garth W. Aubert
Garth W. Aubert

**ORDER**

It is so ordered.

Dated: 05/28/10

_____
United States District Judge Thelton E. Henderson

Defendant Pratt & Whitney's Notice of Substitution of Attorney    3:07-cv-04902-TEH
2